UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 27 2008

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 4:06CR00278-001 WRW |
| | ) | |
| BERNADETTE KAY GULLEY | ) | |

## JUDGMENT

This action came on for non-jury trial on January 11, 2008, before the Honorable William R. Wilson, Jr. Having considered the government's evidence, and the forensic evaluations stipulated by the parties, the Court finds that the acts constituting bank robbery in violation of Title 18, United States Code, Section 2113(a) were committed; that they were committed by this defendant, and that this defendant is Not Guilty only by reason of insanity.

Therefore, the Court hereby enters its judgement of Not Guilty Only By Reason of Insanity of the charge set out in the Count 1 of the indictment.

Entered this 27th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE