IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS						4:06CR00278-BRW

BERNADETTE KAY GULLEY

## ORDER

On April 2, 2014, Defendant appeared with counsel for a hearing under 18 U.S.C. § 4243(e). Based on the stipulated testimony by counsel, letter from the Warden at Carswell Federal Medical Center, and the forensic report, Ms. Gulley is conditionally discharged from the Bureau of Prisons as follows:

- Ms. Gulley must reside in Little Rock, Arkansas in a Residential Reentry Center, in the residential reentry component, for six (6) months. She must abide by all rules and regulations of the center and successfully complete any programming as deemed appropriate by her probation officer.

- Ms. Gulley must participate in a program for mental health treatment as deemed necessary, until she is released from the program by the probation officer.

- Ms. Gulley must report to the nearest hospital emergency room if she begins to recognize signs of mental health deterioration and is unable to contact either her treating doctor or her probation officer.

- Ms. Gulley may not possess or own a firearm, destructive devise, or any other dangerous weapon.

- Ms. Gulley must refrain from using illegal drugs, alcohol and prescription medications not prescribed to her by her treating physicians. She must submit to uranalysis as directed by her probation officer. She must also participate in substance abuse treatment if deemed necessary by her probation officer.

- Ms. Gulley will be supervised by the U.S. Probation Officer to ensure compliance with conditions of her release. This involves waiving her right to confidentiality regarding her mental health and substance abuse treatment in order to allow sharing of information with her probation officer and the government. Any changes in mental health service providers must be approved by her probation officer.

- Ms. Gulley must notify her probation officer ten (10) days before any change of address.

- All employment must be approved in advance by Ms. Gulley's probation officer. She will consent to third-party disclosure to any employer or potential employer.

Assuming there are no issues, this term of supervision will be for only one (1) year. After a year of supervision, the U.S. Probation Officer will submit a report to the Court setting out Ms. Gulley's progress and their recommendation on whether supervision should be terminated at that time.

Ms. Gulley will remain in the custody of the U.S. Marshal until bed space is available at the Residential Reentry Center.

IT IS SO ORDERED this 2nd day of April, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE